UNITED STATES DISTRICT COURT OF MASSACHUSETTS
WESTERN DIVISION


DEBRA M. JEAN

v.                                                          CASE NO.  3:07-cv-30231

NCO FINANCIAL SYSTEMS, INC.


**STIPULATION OF DISMISSAL**


      Pursuant to Rule 41(a)(1), Plaintiff and Defendant hereby agree and stipulate that the within action, both as to the complaint and any counterclaims, may be dismissed with prejudice and without costs or fees to any party.


THE PLAINTIFF


By: /s/ Mark L. Hare
Mark L. Hare, BBO# 556003
1350 Main Street
Springfield, MA 01103
(413) 731-5800


The Defendant
NCO Financial Systems, Inc.

By: /s/ Michelle Lyon
Michele Lyon, Esq.
Sessions, Fishman & Nathan, LLP
Lakeway Two, Suite 1250
3850 North Causeway Boulevard
Metairie, LA, 70002
(504) 828-3787